**Opinion issued September 15, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00491-CV

———————————

**CLIFFORD HALL, Appellant**

**V.**

**AT&T, INC., Appellee**

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2014-22195

## MEMORANDUM OPINION

Appellant and appellee have filed an agreed motion to dismiss the appeal.

*See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(2). No opinion has issued. *See* TEX. R.

APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.